UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

        Plaintiff,         Case No. 07-C-0004

    v.

ONE 2000 HONDA CIVIC LX,         **JUDGMENT OF DEFAULT AND**
VEHICLE IDENTIFICATION NUMBER     **FORFEITURE**
(VIN) 1HGEJ6575YLO52876, WITH
ALL APPURTENANCES AND
ATTACHMENTS THEREON,

        Defendant.

---

    THIS CAUSE having come before this Court upon plaintiff's Motion for Default Judgment;

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the defendant property be forfeited to the United States of America and no right, title or interest in the defendant property shall exist in any other party. The defendant property shall be seized forthwith by the United States Marshal Service for the Eastern District of Wisconsin or his duly authorized agent and shall be disposed of according to law.

    Dated at Green Bay, Wisconsin, this   14th   day of February, 2007.

                              s/ William C. Griesbach
                              WILLIAM C. GRIESBACH
                              United States District Judge

Judgment entered this   14th   day of February, 2007.


by:   s/ Mary Fisher
    Deputy Clerk